**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02835-NYW

LILAFERN KADINGO,

    Plaintiff,

v.

LYNN A. JOHNSON,
in her official capacity as director of the Jefferson County
Department of Human Services, and
SUSAN E. BIRCH,
in her official capacity as Executive Director of the Colorado
Department of Health Care Policy and Financing,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1.  The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**February 12, 2016 at 10:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    2.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed

scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**February 5, 2016**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**January 29, 2016**

DATED: January 5, 2016

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge