## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02835-NYW

LILAFERN KADINGO,

    Plaintiff,

v.

LYNN A. JOHNSON,
in her official capacity as director of the Jefferson County
Department of Human Services, and
SUSAN E. BIRCH,
in her official capacity as Executive Director of the Colorado
Department of Health Care Policy and Financing,

    Defendants.

---

## ORDER GRANTING REQUEST FOR 30-DAY EXTENSION
## AND SETTING SCHEDULING/PLANNING CONFERENCE

---

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Status Report filed by the Parties on March 24, 2016. [#21]. The Parties were previously granted a 60-day stay of this case to pursue settlement negotiations, with the instruction to file a status report at the end of that period with an update on the current state of settlement discussions. *See* [#17]. In the Status Report, the Parties state that they are continuing settlement discussions and request a further 30-day extension of the stay. *See* [#21]. Finding good cause for the proposed 30-day extension,

    IT IS ORDERED:

    1.    This case is stayed up to and including April 25, 2016; and

    2.    A Fed. R. Civ. P. 16(b) Scheduling Conference is set for **May 17, 2016 at 2:00 p.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b). The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0,

including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference; and

      3.    No further extensions of the date set for the Scheduling Conference will be entertained absent extraordinary circumstances.

DATED: March 29, 2016